UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:00-cr-40072-JES-JEH |
| MARTINEZ HORNE, | ) ) ) |
| Defendant. | ) |

## ORDER AND OPINION

This matter is now before the Court on the Defendant's Motion for Early Termination of Probation. For the reasons set forth below, the Defendant's Motion [57] is denied.

### BACKGROUND

On July 6, 2017, the Defendant filed a Request for Early Termination of Probation. [57] On July 10, 2017, the Federal Public Defender was appointed to represent the Defendant and ordered the Government to respond by July 24, 2017. On July 17, 2017, the Government responded. [59][1]

The first matter to address is whether the Federal Public Defender's office was going to file a supplement to the pro se filing of Mr. Horne. No specific date was given for them to do so. However, given the Government had a response date, it would be conceivable that leave to file a supplement would be requested if the Federal Public Defendant desired to do so.

The Court will rule based on the present filings and finds, in doing so, that given the Defendant's current state on supervised release, the request is premature. The Defendant served a

---

[1] The Hon. Sara Darrow recused herself on July 11, 2017, due to a conflict. This case was reassigned to Hon. Chief Judge James E. Shadid and Magistrate Judge Jonathan E. Hawley.

1

lengthy term in prison for possession with intent to distribute. He was sentenced to 292 months to be followed by 5 years of supervised release. In 2011, his sentence was reduced to 235 months, and in 2014, reduced to 188 months. The 5 years on supervised release remained in effect.

On October 30, 2015, the Defendant began his term of supervised release. So far, he has only completed a little more than 20 months of his 5 year sentence of supervised release. During these 20 months, the Defendant has agreed to a modification of a 30-day term of home confinement and curfew, due to the ingestion of heroin.

On January 13, 2017, a violation of supervised release occurred when the Defendant ingested heroin, although the version of events conflicts here. The Defendant presumably told the doctor at a hospital emergency room that he had used heroin earlier. A few days later, he told probation that on that occasion he had consumed alcohol, that unbeknownst to him, contained heroin. Under either set of facts, a violation occurred.

It is commendable that the Defendant has found work and is maintaining a stable residence. However, as set out above, his request is premature. Continuing on supervised release will allow the Defendant more opportunity and tools necessary to help adjust to life outside prison.

The Request [57] is respectfully denied, without prejudice.

Signed on this  18   day of  July , 2017.

s/ James E. Shadid
James E. Shadid
Chief United States District Judge